IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM MARTIN PAYNE,

    Petitioner,

v.

TIMOTHY BRUNSMAN, Warden,

    Respondent.

CASE NO. 2:07-cv-532

JUDGE SARGUS
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On June 2, 2008, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be denied. Although the Court explicitly advised the parties of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, no objections have been filed. The Magistrate Judge's *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

7-17-2008

EDMUND A. SARGUS, JR.
United States District Judge